No. 97–5126. SESLER *v.* PITZER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–5127. QUINTANA *v.* UNITED STATES; and
No. 97–5220. QUINTANA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 113 F. 3d 1250.

No. 97–5128. PARKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5129. SANTOS-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5130. SHEPPARD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–5131. COLLINS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 97–5132. BROWNE *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–5135. VRETTOS *v.* REZZA ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5136. CURRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5137. SAUNDERS *v.* TAYLOR ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5138. THOMAS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5139. GILBERT *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 97–5140. FLIEGER *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–5141. HUGHES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5142. PIERCE *v.* GINN, SUPERINTENDENT, GREENE CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.